IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Davis Livingston,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>City of North Myrtle Beach,<br><br>　　　　　　　　Defendant. | Case No. 4:21-cv-02792-RBH-TER<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal, *with prejudice*, of Plaintiff's Complaint against the Defendant. Each party is to pay its own costs, attorney's fees and expenses.

| | |
|---|---|
| **Cromer Babb Porter & Hicks, LLC** | **Malone, Thompson, Summers & Ott, LLC** |
| By: *s/Shannon Polvi*<br>Shannon Polvi (FID #11978)<br>P.O. Box 11675<br>Columbia, SC 29211<br>Tel: (803) 799-9530<br>Shannon@cbphlaw.com | By: *s/Michael D. Malone*<br>Michael D. Malone (FID #6709)<br>339 Heyward Street, Suite 200<br>Columbia, SC 29201<br>Tel: (803)254-3300<br>Malone@mtsolawfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

April 26, 2023